Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Blackman Jr., | Case No. 2:18-cv-02176-JCM-NJK |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| Ocwen Loan Servicing LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc., | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 6, 2018 through and including **January 3, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 6th day of December, 2018.

        SNELL & WILMER, LLP

        By: /s/ *Bradley Austin*
        Bradley T. Austin
        Nevada Bar No. 13064
        3883 Howard Hughes Pkwy., Suite 1100
        Las Vegas, NV 89169
        Tel: 702-784-5200
        Fax: 702-784-5252
        Email: baustin@swlaw.com

        *Attorney for Defendant*
        *Equifax Information Services LLC*

        ***No opposition***

        /s/ *Shaina Plaksin*
        Shaina R. Plaksin, Esq.
        Nevada Bar No. 13935
        Matthew I. Knepper, Esq.
        Nevada Bar No. 12796
        Knepper & Clark LLC
        10040 W. Cheyenne Ave., Suite 170-109
        Las Vegas, NV 89129
        Phone: (702) 825-6060
        FAX: (702) 447-8048
        Email: matthew.knepper@knepperclark.com
        Email: shaina.plaksin@knepperclark.com

        *Attorneys for Plaintiff*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

        **IT IS SO ORDERED:**

        _____
        United States Magistrate Judge

        DATED: December 7, 2018

4848-3914-0738