BRYAN CAVE LEIGHTON PAISNER LLP
Sean K. McElenney
Nevada State Bar No. 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
E-Mail: skmcelenney@bclplaw.com

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 398-3812
Fax: (775) 333-8175

Attorneys for Defendant Ocwen Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Robert Blackman Jr.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Ocwen Loan Servicing, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc.<br><br>　　　　　Defendants. | No. 2:18-cv-02176-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Robert Blackman Jr. and Defendant Ocwen Loan Servicing, LLC ("Defendant"), hereby stipulate to extend the deadline for Defendant to respond to the Complaint to January 11, 2019. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

12368409.1\2400737

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

RESPECTFULLY SUBMITTED this 21st day of December, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP

By */s/ Sean K. McElenney*
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

BROWNSTEIN HYATT FARBER SCHRECK

Arthur R. Zorio, Esq.
5371 Kietzke Lane
Reno, Nevada 89511

Attorneys for Ocwen Loan Servicing, LLC.

KNEPPER & CLARK LLC

By   *s/Matthew I. Knepper (w/permission)*
Matthew I. Knepper
Miles N. Clark
Shaina R. Plaksin
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

HAINES & KRIEGER, LLC
David H. Krieger, Esq.
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123

Attorneys for Plaintiff

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: December 21, 2018

12368409/2400737

2