# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BLACKMAN, JR., | Case No.: 2:18-cv-02176-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 15) |
| OCWEN LOAN SERVICING, LCC, *et al.*, | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 15. The Court **ORDERS** these parties to file a stipulation of dismissal no later than February 27, 2019.

IT IS SO ORDERED.

Dated: December 27, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge